**95–1601.** State ex rel. Daum v. Indus. Comm. *Franklin County,* No. 94APD04–607. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**96–914.** Lonberger v. Shiplevy. *Allen County,* No. 1–96–8. This cause is pending before the court as an appeal from the Court of Appeals for Allen County. It appears from the records of this court that appellant has not filed a merit brief, due June 10, 1996, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*